# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**       Case No. 14-CR-20096-JAR-01

**VICENCIO OLEA-MONAREZ,**

    **Defendant.**

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Vicencio Olea-Monarez's pro se Motion Asking This Court to Take Judicial Notice of Facts Pursuant to F. R. Evid. Rule 201(b); (c)(1); (c)(2) And Asking for An Opportunity to Be Heard Pursuant to 201(e) (Doc. 797). The Government opposes the motion and asks that it be summarily denied.[1] The Court agrees this motion should be denied.

**I.**      **Background**

Defendant is serving a sentence of life plus 10 years after being convicted of 21 counts related to drug trafficking. He filed a § 2255 motion that this Court denied and which is currently on appeal. The Court granted in part Defendant's first motion for compassionate release, reducing his sentence from life plus 30 years to life plus 10 years.[2] The Court recently denied Defendant's second motion for compassionate release.[3]

---

[1] Doc. 799.

[2] Doc. 794.

[3] Doc. 801.

**II.     Discussion**

Defendant moves this Court to take judicial notice of various legal assertions regarding: federal court jurisdiction, Article III standing, certain Supreme Court decisions, speedy trial time in his case, the legality of his sentence, certain sentencing amendments and their application to his sentence, "facts" he asserted as justification for relief in his second motion for compassionate release, and other case law.

But Rule 201(b) allows the Court to take judicial notice of adjudicative facts, that is, facts that are not subject to reasonable dispute because they are generally known within the trial court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned.[4]  Defendant asks this Court to judicially notice facts that are reasonably disputed, including his many factual assertions in his second motion for compassionate release.  Defendant also asks this Court to judicially notice assertions and arguments he makes that are legal, not factual, and thus not subject to Rule 201.  For example, Defendant repeatedly asks the Court to judicially notice "facts," evidence, or assertions that underlie his apparent challenge to the Court's jurisdiction.  This, as the Government posits, appears to be an attempt to circumvent his obligation to seek authority from the Tenth Circuit to file a second and successive petition under § 2255.  For these reasons, the Court summarily denies this motion.

---

[4] Fed. R. Evid. 201(b).

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant's motion for judicial notice (Doc. 797) is **denied.**

**IT IS SO ORDERED.**

Dated: May 27, 2025

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE